# Core Civic / CIBOLA COUNTY CORRECTIONAL CENTER

## DETAINEE REQUEST TO STAFF / SOLICITUD DEL DETENIDO AL PERSONAL

| TO (Name and Title of Staff Member) / PARA: (Nombre y Cargo del Miembro del Personal): Warden Rosa | DATE / FECHA: 11/1/20 | ✓ CCCC (Staff/Personal) <br> ___ ICE (Immigration - Inmigración) |
|---|---|---|
| FROM / DE: Subhanah Wahhaj | REGISTER NUMBER / NUMERO DE REGISTRO: 0041615 | |
| WORK ASSIGNMENT / TRABAJO ASIGNADO: none | UNIT / UNIDAD: 200 D | |

**SUBJECT:** Briefly state your question or concern and the solution you are requesting. Continue con back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request

**Asunto:** Describa brevemente su pregunta o y la solución que está solicitando. Continúe en la parte de atrás, si es necesario. Si no especifica claramente su solicitud, puede resultar en que no se tome acción. Si es necesario se le entrevistará para responderle adecuadamente.

Mr. Warden, it was a pleasure meeting you today. Thank you for allowing me to speak to you regarding my situation with my lawyers and thank you for notifying the marshals about my situation and informing them why I cannot participate in the court-appointed evaluation set up at the jail on November 11, 2020. In case you would like to send this statement to the marshals as well, I will sum up why I am protesting participating in this evaluation.

_(Do not write below this line / No escriba debajo de esta línea)_

**DISPOSITION / RESOLUCIÓN O RESPUESTA:**

| Signature of Staff Member | Date |
|---|---|
| | |

I do not trust my lawyers, and I have written letters to the judge explaining why the trust is gone. Despite me being sent to Washington to be observed over time and being found competent, my lawyers are pushing for a second evaluation, without cause. This resulted in this court-appointed ordered evaluation, to take place on November 11. The problem is my lawyers have insisted on using the psychologist of their choosing and for her to focus on the issues they want to. They are insisting on waisting resources and doing all they can to in an attempt to manipulate the results. What's troubling is, in Washington I was observed for more than a month and now my lawyers want to dispute those results by an evaluation that will only take place in one day. This is their attempt to skew the results and I refuse to participate in this. It is unjust.

Mr. Warden Rosa, thank you for notifying the marshals about this pressing matter and thank you again for affording me the opportunity to speak with you. It is much appreciated.