IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                  No. 1:18-CR-02945-WJ

SUBHANAH WAHHAJ,

        Defendants.

## **NOTICE OF ASSERTION OF RIGHT TO SPEEDY TRIAL**

Defendant Subhanah Wahhaj, through counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, and Justine Fox-Young, PC, by Justine Fox-Young, hereby notifies this Honorable Court and the Government that she is asserting her right to a Speedy Trial pursuant to the Sixth Amendment to the United States Constitution and *Barker v. Wingo*, 407 U.S. 514, 519 (1972). As such, Ms. Wahhaj notes that she has been in continuous federal custody since September 4, 2018, without the benefit of a trial. Ms. Wahhaj further notes that she is legally competent to proceed with trial. This case has been stayed due to competency issues raised by her counsel on her behalf, and by her co-defendants, other than Mr. Siraj Wahhaj. Ms. Subhanah Wahhaj did not consent to her counsel raising competency on her behalf. This Court found her competent to standy trial on May 26, 2021. *See* Order [Doc. 309]. It found co-defendant Hujrah Wahhaj competent to stand trial on May 28, 2021. *See* Order [Doc. 311]. It found Jany Leveille competent to stand trial on January 19, 2022. *See* Sealed Order [Doc. 387]. The competency of co-defendant Lucas Morton remains pending. Nevertheless, Ms. Wahhaj still enjoys the protections of the Sixth Amendment and hereby asserts her right to a speedy trial and demands same.

- 2 -

        Respectfully submitted,

        /s/ *Ryan J. Villa*
        Ryan J. Villa
        The Law Office of Ryan J. Villa
        2501 Rio Grande Blvd NW Ste. A
        Albuquerque, NM 87104
        (505) 639-5709
        ryan@rjvlawfirm.com

        */s/ Justine Fox-Young*
        Justine Fox-Young
        5501 Eagle Rock Ave NE Ste C2
        Albuquerque, NM 87113
        (505) 796-8268
        justine@foxyounglaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2022, a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

        /s/*Ryan J. Villa*
        RYAN J. VILLA