IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                      No. 1:18-CR-02945-WJ

SUBHANAH WAHHAJ,

        Defendants.

## AMENDED THIRD NOTICE OF ASSERTION OF RIGHT TO SPEEDY TRIAL

Defendant Subhanah Wahhaj, through counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, and Justine Fox-Young, PC, by Justine Fox-Young, hereby notifies the Court and the Government that she is asserting her right to a Speedy Trial pursuant to the Sixth Amendment to the United States Constitution and *Barker v. Wingo*, 407 U.S. 514, 519 (1972). As such, Ms. Wahhaj notes that she has been in continuous federal custody since September 4, 2018, without the benefit of a trial. Ms. Wahhaj further notes that she is legally competent to proceed with trial. The stay previously imposed in this matter was lifted by the Court on October 14, 2022. *See* [Doc. 464]. The Court held a status conference on October 12, 2022 at which time counsel for Ms. Wahhaj requested a fall trial date. Ms. Wahhaj would like to clarify that she objects to a fall trial date given the amount of time that has transpired since her indictment. Ms. Wahhaj objects to the fact that she was not present at the October 12 Status Conference. Ms. Wahhaj requests a trial date in late Spring. Ms. Wahhaj is entitled to the protection of the Sixth Amendment and hereby asserts her right to a speedy trial and demands the same.

                                                Respectfully submitted,

                                                */s/ Ryan J. Villa*
                                                Ryan J. Villa
                                                The Law Office of Ryan J. Villa
                                                5501 Eagle Rock Ave NW Ste. C2

Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com


*/s/ Justine Fox-Young*
Justine Fox-Young
5501 Eagle Rock Ave NE Ste C2
Albuquerque, NM 87113
(505) 796-8268
justine@foxyounglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/*Ryan J. Villa*
RYAN J. VILLA