IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                                      No. 18-cr-2945-WJ

JANY LEVEILLE, et al,

          Defendants.

## DEFENDANT SUBHANAH WAHHAJ'S NOTICE OF WITHDRAWAL OF EXPERT WITNESS DR. CHITRA RAGHAVAN

Defendant Subhanah Wahhaj, by counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa and Justine Fox-Young, provides notice to the Court that she intends to withdraw Dr. Chitra Raghavan as an expert witness.

Respectfully submitted,

*/s/ Ryan J. Villa*
Ryan J. Villa
5501 Eagle Rock Ave NE, Suite C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

and

*/s/ Justine Fox-Young*
Justine Fox-Young
5501 Eagle Rock Ave NE Ste C2
Albuquerque, NM 87113
(505) 796-8268
justine@foxyounglaw.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2023, I filed the foregoing electronically through the CM/ECF system, which caused counsel for the United States to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                           */s/ Ryan J. Villa*
                                                           RYAN J. VILLA