IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-2945 WJ |
| | ) | |
| SUBHANAH WAHHAJ, | ) | |
| | ) | |
| Defendant. | ) | |

## **VERDICT**

### **COUNT 1**

WE, THE JURY, find the Defendant, **SUBHANAH WAHHAJ**, __NOT GUILTY__
(Guilty or Not Guilty)

of Conspiracy to Provide Material Support to Terrorists, as charged in Count 1 of the Indictment.

### **COUNT 2**

WE, THE JURY, find the Defendant, **SUBHANAH WAHHAJ**, __NOT GUILTY__
(Guilty or Not Guilty)

of Providing Material Support to Terrorists, as charged in Count 2 of the Indictment.

1

## COUNT 4

WE, THE JURY, find the Defendant, **SUBHANAH WAHHAJ**, __GUILTY__
(Guilty or Not Guilty)

of Conspiracy to Commit Kidnapping, as charged in Count 4 of the Indictment.

*If you find **SUBHANAH WAHHAJ** guilty of Conspiracy to Commit Kidnapping, you must determine whether the United States has proven beyond a reasonable doubt whether the kidnapping resulted in ABDUL GHANI WAHHAJ's death. If the jury is unanimous that the United States proved beyond a reasonable doubt that **SUBHANAH WAHHAJ** committed the act of Conspiracy to Commit Kidnapping that resulted in death, the jury foreperson shall write "yes" or "no" in the blank next to the following questions. If the jury cannot unanimously agree on the answer to this question, do not fill in the blank next to the follow-up question.*

The kidnapping resulted in ABDUL GHANI WAHHAJ's death. __YES__

## COUNT 5

WE, THE JURY, find the Defendant, **SUBHANAH WAHHAJ**, __GUILTY__
(Guilty or Not Guilty)

of Kidnapping, as charged in Count 5 of the Indictment.

*If you find **SUBHANAH WAHHAJ** guilty of Kidnapping, you must determine whether the United States has proven beyond a reasonable doubt whether the kidnapping resulted in ABDUL GHANI WAHHAJ's death. If the jury is unanimous that the United States proved beyond a reasonable doubt that **SUBHANAH WAHHAJ** committed the act of Kidnapping, the jury foreperson shall write "yes" or "no" in the blank next to the following question. If the jury cannot unanimously agree on the answer to this question, do not fill in the blank next to the follow-up question.*

The kidnapping resulted in ABDUL GHANI WAHHAJ's death. __YES__

Dated this __17__ day of October, 2023.

_____
FOREPERSON